# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **DERRICK TERMAINE SUDDS #530940** | **CIVIL ACTION NO. 24-cv-1734 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOHNNY SMITH** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation [Doc. No. 3] of the Magistrate Judge previously filed herein, having thoroughly reviewed the record, including the Objection [Doc. No. 4] filed by Plaintiff Derrick Termaine Sudds ("Sudds"), and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that because Sudds Petition [Doc. No. 1] is untimely and he is not entitled to equitable trolling, the Petition [Doc. No. 1] is **DENIED and DISMISSED WITH PREJUDICE.**

**MONROE, LOUISIANA**, this the 13th day of February 2025.

_____
**TERRY A. DOUGHTY, JUDGE**
**UNITED STATES DISTRICT COURT**